UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| AALIYAH EAVES-LEANOS, Administratrix of the ESTATE OF JAMES KENNEDY EAVES, on behalf of herself and all others similarly situated,<br>    PLAINTIFF<br><br>vs.<br><br>ASSURANT, INC., ET AL.,<br>    DEFENDANTS | : : : : : : : : : : : : | CASE NO. 3:07CV-18-S<br><br>AGREED ORDER LIMITING PUTATIVE CLASS MEMBERS AGAINST DEFENDANTS CREDIT FIRST NATIONAL ASSOCIATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA AND AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA |

\* \* \* \* \* \* \* \* \*

The Defendants Credit First National Association ("CFNA"), American Bankers Insurance Company of Florida ("ABIC") and American Bankers Life Assurance Company of Florida ("ABLAC") and the Plaintiff having agreed, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED, Plaintiff's class allegations against CFNA, ABIC and ABLAC shall exclude CFNA credit cardholders whose cardholder agreements include an arbitration agreement and estates or authorized representatives of all deceased CFNA credit cardholders whose cardholder agreements included an arbitration agreement, unless CFNA has taken action to waive the arbitration agreement with respect to a particular cardholder. In light hereof, the pending Motion of CFNA to Strike Class Allegations in Plaintiff's First Amended Complaint (DN 138) and the Motion of ABIC and ABLAC to Exclude Putative Class Members Whose Claims Are Subject to Arbitration (DN 140) are rendered moot.

DATE:

DATE: