UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

| | |
|---|---|
| AALIYAH EAVES-LEANOS, Administratrix of the ESTATE OF JAMES KENNEDY EAVES, on behalf of herself and all others similarly situated,<br>    PLAINTIFF<br><br>vs.<br><br>UNION SECURITY LIFE INSURANCE COMPANY, ET AL.,<br>    DEFENDANTS | **CASE NO. 3:07CV-18-S**<br><br>**NOTICE OF CHANGE OF ADDRESS** |

\* \* \* \* \* \* \* \* \*

Come attorneys Douglas H. Morris and Lea A. Player and the law firm of Morris & Player PLLC, and notify the Court and counsel of their change of address. Please direct all future pleadings to the following address:

>MORRIS & PLAYER PLLC
>1211 Herr Lane
>Suite 205
>Louisville, Kentucky 40222
>PHONE: (502) 426-3430
>FAX: (502) 426-3633

>Respectfully Submitted,
>
>s/ <u>LEA A. PLAYER</u>
>Lea A. Player
>Douglas H. Morris
>1211 Herr Lane
>Suite 205
>Louisville, Kentucky 40222
>(502) 426-3430
>(502) 426-3633 fax
>lap@morrisplayer.com

*Counsel for Plaintiff*

Michael R. Hance
Hance & Srinivasan
P.O. Box 22469
Louisville, KY  40252
502.562-5999
502.562-0097 (fax)
mhance@hslawky.com
*Co-Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Joseph L. Hamilton
Marjorie A. Farris
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202
*Counsel for Defendants,*
*Union Security Life Insurance Company,*
*American Security Insurance Company,*
*American Bankers Life Assurance Company of Florida,*
*and American Bankers Insurance Company of Florida*

Frank G. Burt
Robin M. Sanders
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007-0805
*Counsel for Defendants,*
*Union Security Life Insurance Company,*
*American Security Insurance Company,*
*American Bankers Life Assurance Company of Florida,*
*and American Bankers Insurance Company of Florida*

Farrokh Jhabvala
Jorden Burt LLP
777 Brickell Avenue

Suite 500
Miami, FL 33131
*Counsel for Defendants,*
*Union Security Life Insurance Company,*
*American Security Insurance Company,*
*American Bankers Life Assurance Company of Florida,*
*and American Bankers Insurance Company of Florida*

Jill F. Endicott
Angela Logan Edwards
WOODWARD, HOBSON & FULTON, LLP
101 South Fifth Street
2500 National City Tower
Louisville, KY  40202
*Counsel for Defendants, Bank of America, N.A.*
*And FIA Card Services, N.A.*

Kathleen H. Dooley
William C. Mayberry
McGuireWoods LLP
100 North Tryon Street
Suite 2900
Charlotte, NC  28231
*Counsel for Defendants, Bank of America, N.A.*
*And FIA Card Services, N.A.*

Charles M. Pritchett, Jr.
FROST BROWN TODD LLC
400 W. Market Street, Suite 3200
Louisville, KY  40202-3363
*Counsel for Defendants*
*Credit First National Association*

James P. Karen
Amy Payne
JONES DAY
2727 N. Harwood Street
Dallas, TX  75201
*Counsel for Defendants*
*Credit First National Association*

                                                              s/ <u>LEA A. PLAYER</u>
                                                              Lea A. Player
                                                              Douglas H. Morris

                                                1211 Herr Lane
Suite 205
Louisville, Kentucky 40222
(502) 426-3430
(502) 426-3633 fax
lap@morrisplayer.com