**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**AALIYAH EAVES-LEANOS**                                                                 **PLAINTIFF(S)**

vs                                                                                   **CIVIL ACTION NO. 3:07CV-18-S**

**UNION SECURITY LIFE INSURANCE COMPANY**                              **DEFENDANT(S)**

**ORDER**

**Pursuant to 28 U.S.C. §636(b)(1)(A)**, this matter is hereby referred to Hon. Dave Whalin, United States Magistrate Judge, for resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and disposition of all non-dispositive matters, including discovery issues. The Magistrate Judge is authorized and empowered to conduct all necessary scheduling conferences, hearings or other proceedings which in his discretion he deems necessary in order to properly address the issues which arise in the course of this litigation.

**The Magistrate Judge will conduct a telephonic status-scheduling conference at 10:00 A.M. on Wednesday, October 7, 2009. Attorney Lee A. Player will make arrangements for the conference call and notify the Court and counsel of the call-in number and code for participation in the conference. Counsel shall be prepared to discuss the remaining claims and how best to resolve them, as well as any scheduling deadlines to be established.**

**The Magistrate Judge is further authorized to conduct a settlement conference in this matter at any time should counsel indicate that a conference would be helpful in resolving the issues.**

IT IS SO ORDERED this 2nd day of September, 2009.

ENTERED BY ORDER OF COURT:
**CHARLES R. SIMPSON III, JUDGE**
**UNITED STATES DISTRICT COURT**
JEFFREY A. APPERSON CLERK
By     /s/    Nadine C. Smith
          Deputy Clerk

cc: Counsel of Record